# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO TOWNSEND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AUDREY KING, et al.,<br><br>　　　　Defendants. | 1:13-cv-01742-GSA-PC<br><br>ORDER DENYING REQUEST AS MOOT<br>(ECF No. 20.) |

Rebio Townsend ("Plaintiff"), a detainee at Coalinga State Hospital, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case was dismissed with prejudice on May 14, 2014 for failure to state a claim and judgment was entered the same day. (ECF Nos. 18, 19.)

On June 1, 2018, Plaintiff filed a request for the court to cease collecting funds from Plaintiff's monthly income for payment of court fees. (ECF No. 20.) Plaintiff's request is moot in this case because the court is not collecting any funds from Plaintiff for payment of fees in this case.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request, filed on June 1, 2018, is DENIED as moot.

IT IS SO ORDERED.

　Dated:　**June 7, 2018**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE